## UNITED STATES DISTRICT COURT
## DISTRICT OF MARYLAND

**ROGER W. TITUS**                                                                                              **6500 CHERRYWOOD LANE**
**UNITED STATES DISTRICT JUDGE**                                                  **GREENBELT, MARYLAND 20770**
                                                                                                                           **301-344-0052**

## M E M O R A N D U M

TO:          Counsel of Record

FROM:      Judge Roger W. Titus

RE:          *United States of America v. Roni Arriola-Palma*
                 Criminal No. RWT-13-0496

DATE:      October 11, 2016

                                         \* \* \* \* \* \* \* \* \*

        At the request of the Parties, the sentencing hearing for the above-named Defendant, previously scheduled for November 29, 2016, is hereby **RESCHEDULED** for **January 30, 2017 at 1:00 p.m.**

        Despite the informal nature of this ruling, it shall constitute an Order of the Court, and the Clerk is directed to docket it accordingly.

                                                                    /s/
                                                       Roger W. Titus
                                                       United States District Judge